IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRUCE W. KOENIG | * |
| Plaintiff | * |
| v. | * Case No. JFM-13-3801 |
| MARYLAND DIVISION OF | * |
| CORRECTION, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PLAINTIFF'S RESPONSE IN COMPLIANCE WITH THE COURT'S

ORDER DATED JUNE 26, 2014

1. On December 12, 2013 Plaintiff filed this action with the Court.

2. On March 4, 2014 counsel entered its appearance on behalf of the Defendants.

3. On April 4, 2014 the Defendants, through their counsel, requested and were granted a thirty (30) day Extension of Time in which to respond to the complaint.

4. On May 4, 2014, the Defendants again, through counsel, requested a thirty (30) day extension of time in which to respond to the complaint.

5. On June 4, 2014, instead of filing their response, the Defendants, through counsel, filed their "Motion For Order For Legible Complaint And More Definite Statement."

6. On June 11, 2014 Plaintiff mailed to counsel for the

Defendants a copy of the complaint, and an explanation as to the requested "more definite statement."

7. Out of an abundance of caution, having received nothing further from the Defendants, Plaintiff now files with the Court a duplicate of his original mailing to counsel for the Defendants. Attachments A and B.

8. As pointed out to counsel and the Defendants in June, Plaintiff is a prisoner of the State of Maryland, and subject to restrictions as to the amount of paperwork he is allowed to maintain within his prison cell.

9. In spite of an agreement previously entered into between the Plaintiff and the Division of Correction, jailers at NBCI continuously confiscated and destroyed many of Plaintiff's legal papers and files, including his files for closed-out cases and completed IGO files. No cases prior to 2012, involving any of the Defendants in this matter, remain in Plaintiff's possession.

10. The Court has been made aware of this problem in Cumberland, Maryland, and has repeatedly elected not to intervene, allowing those NBCI jailers to have destroyed much of the hard copies allegedly now required by counsel for the Defendants.

11. In actually, however, as counsel for the Defendants must already know, none of the presently-named Defendants in this case have ever been subject of any complaint filed by the Plaintiff in the State or Federal Courts.

12. Inasmuch as the Defendants and their counsel have already received this information, the matter of Defendants' motion is now moot.

WHEREFORE, Plaintiff having already complied in full with the Defendants' Motion, Plaintiff requests that the Court find that the matter is moot.

Respectfully submitted,

Bruce W. Koenig

WCI, No. 288 937

13800 McMullen Hwy., SW

Cumberland, MD 21502

CERTIFICATE OF SERVBICE

I HEREBY CERTIFY that on this 4th day of August 2014 a copy of the foregoing was delivered to officials at WCI for proper handling and processing, and mailing by first class mail, postage prepaid, to counsel for the Defendants, Stephanie Lane-Weber, Assistant Attorney General, Office of the Attorney General, 200 Saint Paul Place, Baltimore, Maryland 21202.

Bruce W. Koenig

ATTACHMENT A

June 11, 2014

Stephanie Lane-Weber
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202

_____FILED _____ENTERED
_____LODGED _____RECEIVED

AUG 7 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Ref.: Motion For More Definite Statement and Legible Copy

Dear Ms. Lane-Weber,

Attached find a legible copy of the complaint. I am limited as to the availability of typewriter supplies, so I requested that Case Management make copies. The copy attached is what they provided for me.

As for the "more definite statement," I have only current cases, and some notes for the past several years. The DOC limits me as to the amount of paperwork I can maintain, and the Court has ignored my several requests for protection of my stored legal materials, against jailers who believe they may steal or destroy my stored property as they wish. The Baltimore City case addresses that matter, inasmuch as the Court would not.

Nevertheless, as I have never had contact with the Defendants prior to coming to Cumberland, and they are not named as Defendants in any cases currently filed, your concerns are unnecessary. The case filed last December is the only one addressing the matter raised, with these Defendants.

I hope that this answers whatever questions you had, and that the case may move forward in a normal manner.

Sincerely,

*[signature: Bruce W. Koenig]*

Bruce W. Koenig

Plaintiff

WCI, No. 288 937

13800 McMullen Hwy., SW

Cumberland, MD 21502

## DECLARATION OF BRUCE W. KOENIG

I hereby affirm that I am competent to make this Declaration upon personal knowledge and under the penalties of prejury.

1. My name is Bruce W. Koenig, and I am a prisoner of the State of Maryland, currently housed at the Western Correctional Institution, in Cumberland, Maryland. My DOC identification number is 288 937.

2. I am over the age of twenty-one years and competent to make this Declaration.

3. My Declaration is made upon personal knowledge and under the penalties of perjury.

4. Civil Action No. JFM-13-3801 defendants Maryland Division of Correction, Rodney Roderick, John White and Shaime Gainer, addressing the matter of Case Management interference with my Medical Treatment is the only such case filed by me, addressing

that specific matter.  The Division of Correction is a Defendant for which I am requesting Injunctive and Declaratory relief only.

5.  I have read the foregoing Declaration and it is true and correct.

Signed this 11th day
of June, 2014.

Bruce W. Koenig
WCI, No. 288 937
13800 McMullen Hwy., SW
Cumberland, MD 21502

copy: U.S. District Court
      files